THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VASILY REGETA & YULIYA REGETA, | CASE NO. C17-1843-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ELAINE C. DUKE, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for dismissal (Dkt. No. 4). Plaintiffs' applications for Permanent Resident Status—the subject of the Complaint in this matter—have been adjudicated by U.S. Citizenship and Immigration Services. (*Id*. at 1.) As such, this action has become moot and is DISMISSED without prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 8th day of May 2018

<u>William M. McCool</u>
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1843-JCC
PAGE - 1